**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

H.O.,                                              :
                                                   :
       Petitioner,                             :
                                                   :
v.                                                 :      Case No. 4:26-cv-160-CDL-ALS
                                                   :
Warden, STEWART DETENTION                          :
CENTER, *et al.*,                                  :
                                                   :
       Respondents.                            :

---

**ORDER**

On February 3, 2026, the Court received Petitioner's *pro se* application for habeas corpus relief under 28 U.S.C. § 2241 and motion for leave to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1, 2). Having reviewed the motion, the Court **GRANTS** Petitioner's motion to proceed IFP. (ECF No. 2). Having also initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 4th day of February, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE