IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

HERVE OUA,                                                          *

                Petitioner,                                 *

v.                                                                        Case No.  4:26-cv-160-CDL-ALS

                                   *

WARDEN, STEWART DETENTION CENTER,
*et al.,*                                                               *

                Respondents.                              *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated 5/13/2026, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 13th day of May, 2026.

                                    David W. Bunt, Clerk


                                    s/ Elizabeth S. Long, Deputy Clerk